IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
Petitioner,
v.

KATHLEEN ZWIERZYNA et al.,
Respondents.

1:CV-00-2186

FILED
SCRANTON
DEC 15 2000
PER _____
DEPUTY CLERK

## MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner, Charles Iseley, respectfully request the court for permission to proceed in forma pauperis in this matter for the reasons set forth in the accompanying Declaration.

Date: December 11, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley Dr.
Coal Twp, PA 17866