*selas*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,

    Petitioner

v.

KATHLEEN ZWIERZYNA, ET AL.,

    Respondents

CIVIL NO. 1:CV-00-2186

(Judge Kane)

FILED
HARRISBURG, PA

JAN 0 3 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

### ORDER

**Background**

    This is a petition for a writ of habeas corpus filed under 28 U.S.C. § 2254. The financial affidavit accompanying the prisoner's motion to proceed in forma pauperis indicates that he may not be required to pay the full statutory filing fee of $5.00. Therefore, temporary approval to proceed in forma pauperis will be granted so the court may request from the warden or other appropriate official a summary of the transactions in the petitioner's account for the six (6) months preceding the filing of this petition.

    The court may condition entitlement to proceed in forma pauperis upon payment of a partial filing fee after consideration of the income received within the six (6) month period preceding submission of the petition, the present balance in the prisoner's account, the average monthly balance in the prisoner's account and other factors as may be brought to the court's attention. Jones v. Zimmerman, 752 F.2d 76, 78-79 (3d Cir. 1985); Bullock v. Suomela, 710 F.2d 102, 103 (3d Cir. 1983). The partial filing fee to be submitted shall not in any circumstances exceed 15% of the income received by the prisoner within the

preceding six (6) months. See Evans v. Croom, 650 F.2d 521, 522, 525 (4th Cir. 1982, cert. denied, 454 U.S. 1153 (1982).

The warden or other appropriate official will be directed to provide this court with a record of the transactions, inflow and outflow of funds through the prisoner's account, which occurred within the preceding six (6) month period and advise the court of the present balance in the prisoner's account. The court shall be advised whether the prisoner has institutional employment and, if so, his average monthly income from the job.

If the records are at another institution or if the records are for some reason unavailable, this court should be so informed.

NOW, THEREFORE, THIS 3rd DAY OF JANUARY 2001, IT IS ORDERED THAT:

1. The petitioner is granted temporary leave to proceed in forma pauperis, pursuant to Title 28 of the United States Code, § 1915(a).

2. Within ten (10) days of the date of this order, the warden or other appropriate official shall complete the attached affidavit form and provide the requested information to the court.

3. Pursuant to Jones v. Zimmerman, 752 F.2d 76 (3d Cir. 1985), the warden shall simultaneously provide a copy of the completed affidavit to the petitioner.

_____
Yvette Kane
United States District Judge

YK:mcs

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY

**Name of Plaintiff(s)**

v.

KATHLEEN ZWIERZYNA, ET AL

**Name of Defendant(s)**

1:CV-00-2186
**Civil Case No.**

Yvette Kane
**Judge**

(Number and Judge to be assigned by court)

### APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. \_\_\_\_\_ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. \_\_\_\_\_ I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes \_\_\_\_\_   No \_\_\_\_\_

    (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
    Yes \_\_\_\_\_   No \_\_\_\_\_

    (b)  Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4.  (a)  Are you presently employed at the Institution?   Yes ____   No ____

    (b)  If yes, what is your monthly compensation?   $_____

5.  Do you own any cash or other property; have a bank account; or recei[ve] money from any source?   Yes ____   No ____

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____        _____
               (Date)                                (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

# AUTHORIZATION
(Prisoner's Account Only)

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, _____, request and authorize the agency holding [me in] custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsyl[vania] a certified copy of the statement for the past six months of my trust fund account (or institut[ional] equivalent) at the institution where I am incarcerated. I further request and authorize the agency ho[lding] me in custody to calculate and disburse funds from my trust account (or institutional equivalent) i[n the] amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be ded[ucted] from my account regardless of the outcome of my civil action. This authorization shall apply to any agency into whose custody I may be transferred.

Date: _____, 19\_\_\_

_____
Signature of Prisoner

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 3, 2001

Re: 1:00-cv-02186   Iseley v. Zwierzyna

True and correct copies of the attached were mailed by the clerk to the following:

Charles Iseley
SCI-Coal
AM-9320
1 Kelley Dr.
Coal Township, PA   17866

cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( ) -w afdv
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen ( )   PA Atty Gen ( )
                                       DA of County ( )  Respondents ( )

Bankruptcy Court               ( )
Other_____  ( )

                                                    MARY E. D'ANDREA, Clerk

DATE: _____1-3-01_____          BY: _____
                                                    Deputy Clerk