UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
Petitioner :
:
v. : CIVIL NO. 1:CV-00-2186
:
KATHLEEN ZWIERZYNA, ET AL., : (Judge Kane)
:
Respondents :

### ORDER

**NOW, THIS**        **DAY OF JANUARY, 2001, IT IS HEREBY ORDERED THAT:**

1. The court's order of January 3, 2001 (Doc. 3) is hereby vacated.[1]

2. The Clerk of Court is directed to send a copy of this order to the appropriate financial or other officials at petitioner's present place of incarceration.

3. The Clerk of Court is directed to refund to petitioner any funds paid into court in accordance with the terms of that order.

_____
Yvette Kane
United States District Judge

YK:mcs

---

1. The incorrect in forma pauperis forms were inadvertently attached to that order. The correct form will be issued by separate order.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 22, 2001

Re: 1:00-cv-02186   Iseley v. Zwierzyna

True and correct copies of the attached were mailed by the clerk to the following:

Charles Iseley
SCI-Coal
AM-9320
1 Kelley Dr.
Coal Township, PA  17866

cc:
Judge                           ( )
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( ) — on Financial officer
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen ( )    PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court                ( )
Other Financial                 ( )

MARY E. D'ANDREA, Clerk

DATE: _____1-22-01_____         BY: _____
                                    Deputy Clerk