00-2186

Re: Info Request

Charles Iseley
AM-9320, 1 Kelley B.
Coal Twp, PA 1786

Clerk of Court
U.S Dist Crt
235 N. Washington Ave
P.O. Box 1148
Scranton, PA 18501

Date: 20010105

FILED
SCRANTON    Rec'd

JAN - 9 2001

PER _____ KMV
DEPUTY CLERK

Dear Clerk:

Some Time ago I mailed two habeas corpus petitions to your
office (one pursuant to 28 U.S.C. 2241 and one pursuant to 28 USC 2254)
simultaneously but as of this date have received confirmation of
receipt of only the 2254 petition (1:CV-00-2186).

Please notify me of the status of the 2241 petition. Thank
you.

Sincerely,

Charles Iseley