# AFFIDAVIT

(To be completed by the appropriate prison official)

FILED
SCRANTON
FEB 8 2001

CIVIL ACTION NO. 1:CV:00:2186

I, Diane Kerstetter, being duly sworn, depose and say:

(1) I am employed as Account Assistant at SCI-Coal Twp.
I have served in that capacity since Aug. 25th, 1996.

(2) The plaintiff, Charles Isley, Reg. No. AM9320, is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:

   a. Prison account

      1. Present balance: $ 35.20

      2. Total amount of deposits during six months preceding the filing of the complaint: $ 260.80

      3. Average monthly balance: $ 34.97

      4. Average monthly deposits: $ 43.47

   b. Employment

      1. Institutional employment: $ —0—

      2. Average monthly wage: $ —0—

   c. Other resources: N/A

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

_____
Signature: Diane Kerstetter

NOTARIAL SEAL
GRACE N. PULTYNOVICH, NOTARY PUBLIC
COAL TWP., NORTHUMBERLAND CO., PA.
MY COMMISSION EXPIRES FEB. 17, 2001

Sworn to and subscribed before me this 5th day of Feb, 2000.

_____
Notary Public
My Commission Expires:

Return to:

United States District Court
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING       DATE   2/05/2001
REMOTE PRINT TIME 13:51                FROM ACTIVE FILE          PAGE       4

     INMATE    NAME
     NUMBER    LAST                  FIRST              MI
     AM9320    ISLEY                 CHARLES            W

   BATCH    DATE                                            TRANSACTION  BALANCE AFTER
     #    MO DY YEAR    TRANSACTION DESCRIPTION               AMOUNT      TRANSACTION

    2191  01-24-2001  37  POSTAGE
                          POSTAL CHARGES @ COAL                 -.55         52.49
    2191  01-24-2001  37  POSTAGE
                          POSTAL CHARGES @ COAL                 -.55         51.94
    2191  01-24-2001  37  POSTAGE
                          POSTAL CHARGES @ COAL                 -.76         51.18
    2191  01-24-2001  37  POSTAGE
                          POSTAL CHARGES @ COAL                 -.55         50.63
    2191  01-24-2001  37  POSTAGE
                          POSTAL CHARGES @ COAL                 -.76         49.87
    8030  01-30-2001  32  COA COMMISSARY
                          FOR   1/30/2001                     -12.73         37.14
    2250  02-01-2001  37  POSTAGE
                          POSTAGE CHARGES @ COAL                -.97         36.17
    2250  02-01-2001  37  POSTAGE
                          POSTAGE CHARGES @ COAL                -.97         35.20

                          BALANCE AFTER THESE TRANSACTIONS------>             35.20
```

**THIS IS A CERTIFIED AND TRUE COPY.**

*Diane Hersteller* (signature)

**Accounting** Assistant I

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM         RUN       IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING        DATE   2/05/2001
REMOTE PRINT TIME 13:51             FROM ACTIVE FILE           PAGE         3

   INMATE     NAME
   NUMBER     LAST                FIRST            MI
   AM9320     ISLEY               CHARLES          W

 BATCH    DATE                                          TRANSACTION  BALANCE AFTER
   #    MO DY YEAR    TRANSACTION DESCRIPTION              AMOUNT     TRANSACTION

  1995  12-26-2000  37  POSTAGE
                        POSTAGE      COAL TOWNSHIP         -1.65         40.61
  1995  12-26-2000  37  POSTAGE
                        POSTAGE      COAL TOWNSHIP         -2.97         37.64
  1995  12-26-2000  37  POSTAGE
                        POSTAGE      COAL TOWNSHIP          -.77         36.87
  1995  12-26-2000  37  POSTAGE
                        POSTAGE      COAL TOWNSHIP          -.99         35.88
  1995  12-26-2000  37  POSTAGE
                        POSTAGE      COAL TOWNSHIP          -.99         34.89
  8362  12-27-2000  32  COA COMMISSARY
                        FOR 12/27/2000                     -1.31         33.58
  8002  01-02-2001  32  COA COMMISSARY
                        FOR  1/02/2001                     -1.91         31.67
  2054  01-04-2001  38  INSIDE PURCHASES
                        LIBRARY COPIES      COAL TWP       -7.40         24.27
  2055  01-04-2001  37  POSTAGE
                        POSTAGE             COAL TWP        -.55         23.72
  2055  01-04-2001  37  POSTAGE
                        POSTAGE             COAL TWP        -.55         23.17
  2055  01-04-2001  37  POSTAGE
                        POSTAGE             COAL TWP        -.55         22.62
  2055  01-04-2001  37  POSTAGE
                        POSTAGE             COAL TWP        -.99         21.63
  2055  01-04-2001  37  POSTAGE
                        POSTAGE             COAL TWP        -.99         20.64
  8009  01-09-2001  32  COA COMMISSARY
                        FOR  1/09/2001                    -17.01          3.63
  2083  01-10-2001  37  POSTAGE
                        POSTAGE CHARGES @ COAL              -.97          2.66
  2083  01-10-2001  37  POSTAGE
                        POSTAGE CHARGES @ COAL             -1.18          1.48
  2092  01-11-2001  13  PERSONAL GIFT FROM
                        ISLEY, ISARLITA  #B836980         100.00        101.48
  8016  01-16-2001  32  COA COMMISSARY
                        FOR  1/16/2001                    -20.88         80.60
  8023  01-23-2001  32  COA COMMISSARY
                        FOR  1/23/2001                    -16.73         63.87
  2187  01-24-2001  38  INSIDE PURCHASES
                        COPIES CHARGES @ COAL              -7.00         56.87
  2191  01-24-2001  37  POSTAGE
                        POSTAL CHARGES @ COAL              -2.02         54.85
  2191  01-24-2001  37  POSTAGE
                        POSTAL CHARGES @ COAL              -1.81         53.04
```

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING         DATE  2/05/2001
REMOTE PRINT TIME 13:51              FROM ACTIVE FILE           PAGE         2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| AM9320 | ISLEY | CHARLES | W |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 1902 | 12-13-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES | COAL TWP | -2.50 | 55.06 |
| 1902 | 12-13-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES | COAL TWP | -.50 | 54.56 |
| 1902 | 12-13-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES | COAL TWP | -5.60 | 48.96 |
| 1902 | 12-13-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES | COAL TWP | -1.00 | 47.96 |
| 1902 | 12-13-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES | COAL TWP | -1.40 | 46.56 |
| 8348 | 12-13-2000 | 32 | COA COMMISSARY FOR 12/14/2000 | | -10.38 | 36.18 |
| 1905 | 12-14-2000 | 13 | PERSONAL GIFT FROM ISLEY, I.  B590325 | | 50.00 ✓ | 86.18 |
| 1914 | 12-14-2000 | 37 | POSTAGE POSTAGE | COAL TWP | -.55 | 85.63 |
| 1914 | 12-14-2000 | 37 | POSTAGE POSTAGE | COAL TWP | -.77 | 84.86 |
| 1914 | 12-14-2000 | 37 | POSTAGE POSTAGE | COAL TWP | -.77 | 84.09 |
| 1914 | 12-14-2000 | 37 | POSTAGE POSTAGE | COAL TWP | -.77 | 83.32 |
| 1914 | 12-14-2000 | 37 | POSTAGE POSTAGE | COAL TWP | -1.65 | 81.67 |
| 1914 | 12-14-2000 | 37 | POSTAGE POSTAGE | COAL TWP | -.77 | 80.90 |
| 1914 | 12-14-2000 | 37 | POSTAGE POSTAGE | COAL TWP | -1.21 | 79.69 |
| 1934 | 12-15-2000 | 37 | POSTAGE POSTAGE | COAL TWP | -1.21 | 78.48 |
| 1934 | 12-15-2000 | 37 | POSTAGE POSTAGE | COAL TWP | -1.43 | 77.05 |
| 1934 | 12-15-2000 | 37 | POSTAGE POSTAGE | COAL TWP | -3.20 | 73.85 |
| 1947 | 12-18-2000 | 38 | INSIDE PURCHASES COPIES CHARGES @ COAL TWP. | | -10.80 | 63.05 |
| 8354 | 12-19-2000 | 32 | COA COMMISSARY FOR 12/19/2000 | | -5.83 | 57.22 |
| 1986 | 12-22-2000 | 38 | INSIDE PURCHASES COPIES | | -13.20 | 44.02 |
| 1995 | 12-26-2000 | 37 | POSTAGE POSTAGE | COAL TOWNSHIP | -.77 | 43.25 |
| 1995 | 12-26-2000 | 37 | POSTAGE POSTAGE | COAL TOWNSHIP | -.99 | 42.26 |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING          DATE  2/05/2001
REMOTE PRINT TIME 13:51             FROM ACTIVE FILE               PAGE        1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| AM9320 | ISLEY | CHARLES | W | 47.25 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8287 | 10-13-2000 | 32 | GRA COMMISSARY FOR 10/13/2000 | -4.98 | 42.27 |
| 6768 | 10-18-2000 | 37 | POSTAGE | -.99 | 41.28 |
| 6847 | 10-25-2000 | 36 | PRINTED MATERIALS NEWS PAPERS   NOV.  L | -5.64 | 35.64 |
| 8301 | 10-27-2000 | 32 | GRA COMMISSARY FOR 10/27/2000 | -.70 | 34.94 |
| 0 | 11-03-2000 | 82 | TRANSFER OUT GRATERFORD | | |
| 0 | 11-03-2000 | 81 | TRANSFER IN COAL TWP | | |
| 8312 | 11-07-2000 | 32 | COA COMMISSARY FOR 11/07/2000 | -10.25 | 24.69 |
| 1654 | 11-14-2000 | 13 | PERSONAL GIFT FROM ISLEY, I.   E913538 | 20.00 | 44.69 |
| 0 | 11-14-2000 | 82 | TRANSFER OUT COAL TWP | | |
| 0 | 11-14-2000 | 81 | TRANSFER IN GRATERFORD | | |
| 7027 | 11-14-2000 | 37 | POSTAGE | -12.35 | 32.34 |
| 0 | 11-14-2000 | 82 | TRANSFER OUT GRATERFORD | | |
| 0 | 11-14-2000 | 81 | TRANSFER IN COAL TWP | | |
| 8319 | 11-14-2000 | 32 | COA COMMISSARY FOR 11/14/2000 | -9.30 | 23.04 |
| 8326 | 11-21-2000 | 32 | COA COMMISSARY FOR 11/21/2000 | -10.78 | 12.26 |
| 1747 | 11-22-2000 | 13 | PERSONAL GIFT FROM ISLEY, C.   E924659 | 20.00 | 32.26 |
| 8333 | 11-28-2000 | 32 | COA COMMISSARY FOR 11/28/2000 | -10.30 | 21.96 |
| 1760 | 11-29-2000 | 37 | POSTAGE POSTAGE            COAL TWP | -.77 | 21.19 |
| 1804 | 12-05-2000 | 13 | PERSONAL GIFT FROM ISLEY, I.   E669946 | 40.00 | 61.19 |
| 8340 | 12-05-2000 | 32 | COA COMMISSARY FOR 12/05/2000 | -2.65 | 58.54 |
| 8340 | 12-05-2000 | 86 32 | COA COMMISSARY CR FOR 12/05/2000 | 1.33 | 59.87 |
| 1832 | 12-07-2000 | 37 | POSTAGE POSTAGE            COAL TWP | -2.31 | 57.56 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING      DATE   2/05/2001
REMOTE PRINT TIME 13:51              FROM PURGE FILE           PAGE        2

   INMATE    NAME
   NUMBER    LAST              FIRST            MI
   AM9320    ISLEY             CHARLES          W

 BATCH       DATE                                        TRANSACTION  BALANCE AFTER
   #      MO DY YEAR    TRANSACTION DESCRIPTION            AMOUNT      TRANSACTION

 6542    09-25-2000  13  PERSONAL GIFT FROM
                         E092804 SR. ISELEY CHARLES          20.00         53.54
 8273    09-29-2000  32  GRA COMMISSARY
                         FOR   9/29/2000                     -6.29         47.25

                         BALANCE AFTER THESE TRANSACTIONS------>           47.25
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE   2/05/2001
REMOTE PRINT TIME 13:51             FROM PURGE FILE            PAGE         1

   INMATE     NAME
   NUMBER     LAST              FIRST           MI         STARTING BALANCE
   AM9320     ISLEY             CHARLES         W                162.33

  BATCH     DATE                                         TRANSACTION  BALANCE AFTER
    #     MO DY YEAR     TRANSACTION DESCRIPTION           AMOUNT      TRANSACTION

   8185   07-03-2000  32  COA COMMISSARY
                          FOR    7/03/2000                  -68.60         93.73
   8192   07-10-2000  32  COA COMMISSARY
                          FOR    7/10/2000                  -26.98         66.75
    633   07-12-2000  37  POSTAGE
                          POSTAGE             COAL TWP       -.55          66.20
   8199   07-17-2000  32  COA COMMISSARY
                          FOR    7/17/2000                  -36.69         29.51
    691   07-18-2000  13  PERSONAL GIFT FROM
                          ISLEY, CHARLES    E677626         100.00        129.51
   8206   07-24-2000  32  COA COMMISSARY
                          FOR    7/24/2000                  -43.72         85.79
    734   07-25-2000  10  MAINTENANCE PAYROLL
                          6/16-7/15/00  GRP 3  COAL TWP      14.40        100.19
    749   07-27-2000  37  POSTAGE
                          POSTAGE             COAL TWP       -.99          99.20
   9007   07-27-2000  34  RADIO/TV
                          BASIC AND HBO                     -24.00         75.20
   8213   07-31-2000  32  COA COMMISSARY
                          FOR    7/31/2000                  -21.91         53.29
   8220   08-07-2000  32  COA COMMISSARY
                          FOR    8/07/2000                  -17.54         35.75
    946   08-15-2000  37  POSTAGE
                          POSTAGE             COAL TWP       -.55          35.20
    946   08-15-2000  37  POSTAGE
                          POSTAGE             COAL TWP       -.55          34.65
   8228   08-15-2000  32  COA COMMISSARY
                          FOR    8/15/2000                   -5.12         29.53
    970   08-16-2000  37  POSTAGE
                          POSTAGE             COAL TWP       -.77          28.76
    970   08-16-2000  37  POSTAGE
                          POSTAGE             COAL TWP       -.77          27.99
   1013   08-23-2000  10  MAINTENANCE PAYROLL
                          7/16-8/15/00  GRP 3  COAL TWP      10.80         38.79
      0   08-23-2000  82  TRANSFER OUT
                          COAL TWP
      0   08-25-2000  81  TRANSFER IN
                          COAL TWP
   1025   08-25-2000  37  POSTAGE
                          U P S CHARGES       COAL TWP       -5.25         33.54
      0   08-25-2000  82  TRANSFER OUT
                          COAL TWP
      0   09-25-2000  81  TRANSFER IN
                          GRATERFORD
```

AM9320

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,

    Petitioner

v.                                              CIVIL NO. 1:CV-00-2186

KATHLEEN ZWIERZYNA, ET AL.,                     (Judge Kane)

    Respondents

FILED
HARRISBURG, PA

**ORDER**

JAN 2 3 2001

MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK

**Background**

    This is a petition for a writ of habeas corpus filed under 28 U.S.C. § 2254. The financial affidavit accompanying the prisoner's motion to proceed in forma pauperis indicates that he may not be required to pay the full statutory filing fee of $5.00. Therefore, temporary approval to proceed in forma pauperis will be granted so the court may request from the warden or other appropriate official a summary of the transactions in the petitioner's account for the six (6) months preceding the filing of this petition.

    The court may condition entitlement to proceed in forma pauperis upon payment of a partial filing fee after consideration of the income received within the six (6) month period preceding submission of the petition, the present balance in the prisoner's account, the average monthly balance in the prisoner's account and other factors as may be brought to the court's attention. Jones v. Zimmerman, 752 F.2d 76, 78-79 (3d Cir. 1985); Bullock v. Suomela, 710 F.2d 102, 103 (3d Cir. 1983). The partial filing fee to be submitted shall not in any circumstances exceed 15% of the income received by the prisoner within the

preceding six (6) months. See Evans v. Croom, 650 F.2d 521, 522, 525 (4th Cir. 1982, cert. denied, 454 U.S. 1153 (1982).

The warden or other appropriate official will be directed to provide this court with a record of the transactions, inflow and outflow of funds through the prisoner's account, which occurred within the preceding six (6) month period and advise the court of the present balance in the prisoner's account. The court shall be advised whether the prisoner has institutional employment and, if so, his average monthly income from the job.

If the records are at another institution or if the records are for some reason unavailable, this court should be so informed.

NOW, THEREFORE, THIS 15 DAY OF JANUARY, 2001, IT IS ORDERED THAT:

1. The petitioner is granted temporary leave to proceed in forma pauperis, pursuant to Title 28 of the United States Code, § 1915(a).

2. Within ten (10) days of the date of this order, the warden or other appropriate official shall complete the attached affidavit form and provide the requested information to the court.

3. Pursuant to Jones v. Zimmerman, 752 F.2d 76 (3d Cir. 1985), the warden shall simultaneously provide a copy of the completed affidavit to the petitioner.

_____
Yvette Kane
United States District Judge

YK:mcs