7/3/01

Re: Iseley v. Zwierzyna             Charles Iseley
    Civil No. 1:CV-002186           AM-9320, 1100 Pike St.
    June 4, 2001, Order             Huntingdon, PA 16654
    Address Change
    Extension of Time Request

Clerk
U.S. Dist. Crt.
P.O. Box 1148
Scranton, PA 18501

RECEIVED          Date: 20010624
SCRANTON                    KANE/DP
JUN 27 2001
PER _____ DEPUTY CLERK

Dear Clerk:

    Pursuant to judge Kane's order I am requesting a three month
extension of time to pay the $5.00 filing fee. I will send it as
soon as possible but I am about to be transferred to another
prison and may not have enough to pay. I am trying to find out
how much I must pay for the transfer.
    Please note my current address. Thank you.

1 - 00 - 2186

Change of address
        +
request for extension
of time to pay
filing fee.

Sincerely,

Charles Iseley