PT252
Bolsario

7/3

Re: Iseley v. Zwierzyna
No. 1:CV-00-2186

Charles Iseley
AM-9320, 1100 Pi
Huntingdon, PA 16

Date
20010625

```
        Tue Jul  3 09:58:04 2001

      UNITED STATES DISTRICT COURT

        SCRANTON      , PA

      Receipt No.   111 134230
      Cashier        pamela

      Tender Type  MONEY ORDER

      M.O. Number: 90877437

      Transaction Type   N

      DO Code    Div No       Acct
      4667         1          086900

      Amount            $     5.00

   CHARLES ISLEY 711 WINDER DR BRISTOL,
   PA 19007

      FILING FEE FOR 1:00-CV-2186



        bn

      Tue Jul  3 09:58:04 2001

      M. O. No. 90877437
      Amount:  5.00
      Pay: to: Federal Reserve Bank or
      General Depository for credit to
      United States Treasury Symbol 4667
```

This letter is the five dollar ($5.00) pay
the above-referenced matter and a motic
petition with concomitant amended petiti
to be filed.

my one $5.00 filing fee. Sincerely,
returning this

Charles Iseley

Judg Kane to pay the fee.

Plese —
Bolsario

Re: Iseley v. Zwierzyna
No. 1:CV-00-2186

Charles Iseley
AM-9320, 1100 Pike
Huntingdon, PA 166

Clerk of Court
U.S. Dist. Crt.
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

Date
20010625

Dear Clerk:

Accompanying this letter is the five dollar ($5.00) payme
for the filing fee in the above-referenced matter and a motio
to file an amended petition with concomitant amended petition
and memorandum to be filed.

you need only pay one $5.00 filing fee.      Sincerely,
Therefore I'm returning this
money order.

Charles Iseley

Order by Judge Kane to pay the fee.