Law Clerk's Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
   Petitioner,

v.

KATHLEEN ZWIERZYNA, et al.,
   Respondents.

Civil No. 1:CV-00-2186

(Judge Kane)
Judge, Yvette Kane

## MOTION TO FILE AMENDED PETITION

Petitioner, Charles Iseley, respectfully requests the court for permission to file the accompanying amended petition which includes more relevant data regarding this action. The respondents have yet to be served and therefore will not be affected by the granting of this motion. A concomitant memorandum of law is attached to the amended petition.

Date: June 25, 2001

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9320, 1100 Pike St.
Huntingdon, PA 16654

FILED
HARRISBURG
JUL 0 3 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK