copy

Re: Iseley v. Zwierzyna
1:CV-00-2186

Charles Iseley
AM-9320, 1100 Pike
Huntingdon, PA 166__

Clerk of Court
U.S. Dist. Crt.
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

Date: 20010716

**FILED HARRISBURG**
JUL 19 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

Dear Clerk:

Some time ago I filed the five dollar payment for the above action but have yet to receive a receipt. I also filed a motion to file an amended petition.

Please notify me if the above was received. Thank you

Sincerely,

Charles Iseley