OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600 FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

Divisional Offices

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

July 24, 2001

FILED
SCRANTON
JUL 2 5 2001
PER _____ DEPUTY CLERK

Mr. Charles Iseley
AM09320
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16654

Re:  Iseley v. Zwierzyna, Civil No. 1:CV-00-2186 (Judge Kane)

Dear Mr. Iseley:

I am writing in response to your letter of July 19, 2001 regarding the case referenced above.  Please be advised that the $5.00 filing fee was received on July 3, 2001.  A copy of the receipt is enclosed.

Your motion to amend the petition and proposed amended petition were received on July 3, 2001 and are presently under consideration by the court.

Sincerely,

Diana L. Belisario, Esquire
Pro Se Law Clerk

DLB:laf
Enclosure