JUDGE'S COPY                                                         Copy (14)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
    Petitioner,
        v.                                  Civil No.
                                            1:CV-00-2186
KATHLEEN ZWIERZYNA, et al.,
    Respondents.

MOTION FOR APPOINTMENT OF COUNSEL

Petitioner respectfully requests the court to appoint counsel to represent him in this matter for the reasons set forth in the accompanying brief in support of this motion.

Date: Sept. 9, 2001

FILED
HARRISBURG, PA
SEP 12 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Respectfully submitted,
Charles Iseley
Charles Iseley
AM-9320, 1100 Pike St.
Huntingdon, PA 16654