Copy
(16)

1-00-cv-2186

Re: Civil Action: ~~Iseley~~ v. Bushey & ~~Iseley~~ v. Zwierzyna

20611101
FILED
HARRISBURG
NOV 0 5 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

Dear Judge Kane:

I am writing to inform you that I have been transferred to another prison. As you know, I am very sick because of my chronic serious medical condition which the prison officials refuse to allow me to have treatment for. In fact, I am dying, slowly and painfully.

Now, I am in a psychiatric unit against my will despite the fact that after nearly 20 years of incarceration (since the age of 18) I have no adverse psychiatric/psychological history in my records.

I have been forcibly classified as mentally ill and suicidal. I am under 24 hour camera surveillance, have been completely stripped of all my privileges, have had no hearing (I have not ever had a hearing yet regarding my initial placement in Huntingdon state prison under administrative custody or here at Waymart state prison), am not allowed any legal material (all my legal material concerning the instant action is at Huntingdon), not allowed access to any law books, not allowed to have access to a razor, had my asthma medication (I may die w/o access to my inhalers, albuterol, flunisolide and me aerochamber) and eyeglasses confiscated etc.

I am not mentally ill or suicidal. The prison officials are setting me up to kill me. They claim that I am being "evaluated" but I have no mental illness or suicidal history at all and they have told I cannot have anything because I am mentally ill and suicidal. It appears that murdering me via denying medical care is not fast enough so they are increasing their attack on me. I have no one to help me. They definitely intend to kill me before my disease does. It may take several months to a few years but I am dead.

I have file several request forms and grievances but no one responds.

Sincerely
C Iseley