*See Attached*

(18)
11-19-01
sc

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
    Petitioner : CIVIL NO. 1:CV-00-2186
:
v. : (Judge Kane)
:
KATHLEEN ZWIERZYNA, ET AL., :
:
    Respondents :

FILED
HARRISBURG, PA

NOV 1 6 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

**O R D E R**

AND NOW, THIS 16th DAY OF NOVEMBER, 2001, upon consideration of petitioner's motion to file an amended petition for writ of habeas corpus, IT IS HEREBY ORDERED THAT said motion, (Doc. No. 11) is granted. Petitioner's proposed amended petition is accepted by this court for filing and by separate order of this date will be served on the named respondents.

_____
YVETTE KANE
United States District Judge