UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,

    Petitioner     :   CIVIL NO. 1:CV-00-2186

v.     :   (Judge Kane)

KATHLEEN ZWIERZYNA, ET AL.,

    Respondents

FILED
HARRISBURG, PA
NOV 1 9 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**O R D E R**

AND NOW, THIS 19TH DAY OF NOVEMBER, 2001, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the petition, this order and Doc. No. 11, by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the Pennsylvania Board of Probation and Parole.

2. Within twenty (20) days of the date of this order, Respondents shall answer the allegations in the petition for writ of habeas corpus. Consistent with Rule 5 of the Rules Governing § 2254 Cases in the United States Courts, the answer shall:

  (a) state whether the Petitioner has exhausted state remedies available under state law with respect to each claim presented, including any post-conviction remedies;

  (b) be accompanied by those portions of any transcripts the Respondents deems relevant to disposing of the claims raised in the petition;

  (c) indicate what other proceedings that might be relevant to the petition have been recorded but have not yet been transcribed;

  (d) be accompanied by copies of any of the Petitioner's briefs on appeal, either from the judgment of conviction or from an adverse decision in a post-conviction proceeding; copies of any opinions of the appellate courts in those proceedings; and any PCRA petitions.

3. Respondents shall file a memorandum of law with the answer. The memorandum shall set forth the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to pertinent case law.

2

4.   Petitioner shall, if he so desires, file a reply brief within fifteen (15) days of receipt of the Respondents' filings.

5.   A determination whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondents' answer and memorandum of law, and, if any, the Petitioner's reply.

_____
YVETTE KANE
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 19, 2001

Re: 1:00-cv-02186   Iseley v. Zwierzyna

True and correct copies of the attached were mailed
to the following:

Charles Iseley
SCI-WAYMART
AM-9320
P.O. Box 256
Route 6
Waymart, PA   18472-0256

cc:
Judge                              ( )
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                (✓) with Petition attached & mailed certified mail
                                       to: US Atty Gen ( )   PA Atty Gen (✓)
                                           DA of County ( )  Respondents (✓)

Bankruptcy Court                   ( )
Other_____      ( )

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Recipient's Name: PA Probation & Parole
Street: 1101 S. Front St.
City, State, ZIP+4: Hbg, PA 17104-2518

Recipient's Name: PA Atty General
Street: 15th Fl - Strawberry Square
City, State, ZIP+4: Harrisburg, PA 17120

MARY E. D'ANDREA, Clerk

DATE: 11-19-01

BY: _____
Deputy Clerk