COPY
20

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY

   Petitioner         :    Civil No.

        v.            :    1:CV-00-2186

KATHLEEN ZWIERZYNA, et al.,

   Respondents,

## NOTICE OF PETITIONER'S ADDRESS

Petitioner hereby notifies the court of his current address
as being: Charles Iseley
       AM-9320, 1100 Pike St.
       Huntingdon, PA 16654

FILED
HARRISBURG

DEC 10 2001

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

Respectfully submitted

Date: Dec. 5, 2001

Charles Iseley
Charles Iseley
AM-9320, 1100 Pike St.
Huntingdon, PA 16654