ORIGINAL

# C.O.C.O.A.

**Coalition of Concerned Org. Assoc.**

P.O. Box 6507
Philadelphia, P.

U.S. Clerks Office for the
Middle District of Pa.
Third and Walnut St.
Harrisburg, Pa. 17120

January, 1st, 2002

FILED
HARRISBURG, PA

JAN 0 3 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

1:CV-00-2186

**TO WHOM IT MAY CONCERN:**

I, Charles Iseley, Sr., do hereby informs the U.S. Clerks Office, that I arrived at the U.S. Federal Courthouse, situated at third & Walnut Street, to file an Petitioner's Traverse to the Return, but was informed by the federal security officers (2), that the U.S. Clerks Office, was closed this day December, 31st, 2001, at 11:30 A.M., of which I stated to the two federal security officers, that I had made a long trip to file the above mentioned "Petition" and that this day was an working day, and that the office had to be open to serve the public. I asked if they could confirm if indeed that the U.S. Clerks Office, was closed. One of the officers stated that he had been up to the office and seen signs on the doors indicating that the clerks office was close.

I then requested that I may proceed to the U.S. Attorney's for the Middle District of Pa. Office, to establish confirmation from that office if the U.S. Clerks Office, was close for the day, of which, I indeed made contact with the receptionist who supported the two federal security officers, statement, and then I ask the receptionist if she could make a call to determine if the clerks office was close, and she did try to reach the clerk's office by phone without success, and then she spoked with an A.U.S.A., whom stated that the clerk's office was closed.

I am only raising these issues because the, Certificate of Service, is carrying the date of, December, 31st, 2001, and now I have to send the papers by "CERTIFIED MAIL", of which I must ask if I can receive stamped copies indicating that the papers carrying the above mentioned date be forwarded to me at, P.O. Box, 65076, 19155, Philadelphia, Pa., so that I can serve the respondent of same. These concerns would be greatly appreciated if indeed my request is granted.

If there are any further questions that you might have, I can be reached at (215) 788-5831.

RESPECTFULLY SUBMITTED

*Charles Iseley, Sr.*
Charles Iseley, Sr.