copy (26)

Re: Iseley v. Zwierzyna
1:CV-00-2186

Charles Iseley
AM-9320, 1100 Pike St.
Huntingdon, PA 16654

Clerk of Court
U.S. Dist. Crt.
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG, PA
JAN 18 2002
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

20020115

RECEIVED
HARRISBURG, PA
JAN 18 2002
MARY E. D'ANDREA, CLERK
Per _____

Dear Clerk:

I recently filed a Traverse to the Return with the court in the above matter. However, I may have left out some of the exhibits. Please send me a copy of the Traverse to the Return or notify whether you received all of the exhibits. Thank you.

Sincerely,
C. Iseley