IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY
Petitioner

v.

KATHLEEN ZWIERZYNA, et al.,
Respondents.

Civil No.
1:CV-00-2186

JUDGE'S COPY 27

FILED
HARRISBURG
FEB 20 2002
MARY E. D'ANDREA, CL
Per _____
DEPUTY CLERK

## MOTION FOR AN EVIDENTIARY HEARING

Petitioner moves the court for an evidentiary hearing in this matter for the reasons set forth in the accompanying brief in support of this motion.

Date: February 18, 2002

Respectfully submitted

*Charles Iseley*
Charles Iseley
AM-9320 1100 Pike St.
Huntingdon, PA 16654