IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
  Petitioner,

  v.                                    Civil No. 1:CV-00-2186

KATHLEEN ZWIERZYNA, et al,
  Respondents.

FILED
HARRISBURG
FEB 20 2002
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

### BRIEF IN SUPPORT OF MOTION FOR AN EVIDENTIARY HEARING

As petitioner noted in his traverse to the return filed with the court, he is being held in prison illegally. He is beyond his maximum sentence.

Petitioner concedes that his sentence is illegal because of the sentence for 1576 being ordered to begin and take effect at the *minimums* of the other sentences. Com. v. Ward, 568 A.2d 1242 (Pa. 1990). He is not challenging his sentence. It is the respondents who refuse to abide by the signed sentence orders because of the illegal sentence. It is the signed sentence orders which determine and govern a criminal sentence. Com. v. Isabell, 467 A.2d 1287, 1292-93 (Pa. 1983); Com. v. Quinlan, 639 A.2d 1239-40 (Pa. Super. 1994); Com. v. Collins, 764 A.2d 1056 (Pa. 2001).

Whether the sentence is legal or illegal is irrelevant because it is the respondents' legal responsibility, not petitioner's, to move the sentencing court for modification. Com. v. Rohrer, 719 A.2d 1078 (Pa. Super. 1998); Quinlan, supra. They sentence. Com. v. Rohrer, has the authority to modify a sentence. Ward, supra. not do so. Only that court has the authority to modify a sentence. Ward, supra. Com. v. Lyles, 464 A.2d 712 (Pa. Cmwlth. 1983). Petitioner has a liberty interest in having his quantum of punishment be in conformity with the sentence imposed on him. Sampler v. Dicks, 885 F.2d 1099, 1114 (3d Cir. 1989).

Wherefore an evidentiary hearing should be ordered forthwith.

Respectfully submitted

Charles Iseley
Charles Iseley
AM-9320 1100 Pike St.
Huntingdon, PA 16654

Date: February 17, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY
Petitioner,
v.
KATHLEEN ZWIERZYNA, et al.,
Respondents

Civil No.
1:CV-00-2186

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Motion for an Evidentiary Hearing and brief in support of same by mailing copies of same to:

Karen Diaz, a.d.a.
Office of Dist. Atty.
Bucks County Crths
Doylestown, PA 18901

Date: February 18, 2002

Charles Iseley
Charles Iseley